STATE of Missouri, Respondent,

v.

Mark C. REID, Appellant.

No. WD 38323.

Missouri Court of Appeals,
Western District.

Oct. 20, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Application to Transfer Denied
Jan. 20, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from the conviction after jury trial of first degree burglary (§ 569.160 RSMo 1978) and attempted rape (§ 566.030 RSMo Supp.1984, § 564.011 RSMo 1978).

Judgment affirmed. Rule 30.25(b).